#60651

FILED
2010 JUN -9 AM 11:40
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
CANTON

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

In the Matter of:

HARDY, DUSTIN A.

      Debtors

JUDGE RUSS KENDIG
Chapter 7
Case No.: 08-60665

## TRANSMITTAL OF UNCLAIMED FUNDS

Josiah L. Mason, Trustee of this estate, reports the following:

1. Ninety days have passed since final distribution was made in this case. A stop payment has been issued on all checks remaining unpaid. The names of the persons to whom such unnegotiated checks were issued, the amount of such check and their last known addresses are:

| CLAIM NO. | CREDITOR NAME | CREDITOR ADDRESS | AMOUNT |
|---|---|---|---|
| 3 | CFI | P O BOX 41960<br>RALEIGH, NC 27627-1960 | $171.28 |

2. Your trustee's check for $171.28 payable to the Clerk of the United States Bankruptcy Court is attached to this report and list.

3. Nothing further remains to be done in this case.

Dated: June 7, 2010

/s/ Josiah L. Mason
Josiah L. Mason  #0003549
Trustee